IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

Case No.: 2:13-cv-026

| | |
|---|---|
| JUSTICE FAMILY FARMS, LLC, )<br>Plaintiff )<br>)<br>vs. )<br>)<br>SMITH'S CONCRETE )<br>CONSTRUCTION, INC., )<br>Defendant )<br>_____) | ORDER ON MOTION TO REMAND |

This matter came before the court upon the request of Plaintiff Justice Family Farms, LLC ("Plaintiff"), by and through counsel, to remand this case to the Superior Court of Pasquotank County, North Carolina, and the Court has made the following findings in support thereof:

1. Plaintiff Justice Family Farms, LLC initiated this action on April 3, 2013 in Pasquotank County, North Carolina.

2. On April 30, 2013, Defendant Smith's Concrete Construction, Inc., by and through counsel, filed a Notice of Removal removing this case to this Court on the basis of diversity jurisdiction.

3. The time limitation for objecting to a Notice of Removal has not yet expired. Counsel for Plaintiff and counsel for Defendant have consulted, and both have consented that this matter should be remanded to the Superior Court of Pasquotank County pursuant to 28 U.S.C. § 1441(b)(2).

4. The Defendant contests the venue of this matter in Pasquotank County, but Defendant and Plaintiff agree that such matters should be resolved at the state court level.

It appearing to the Court that Plaintiff has shown good cause for this remand, IT IS HEREBY ORDERED AND DECREED that this case is REMANDED to the Superior Court of Pasquotank County, North Carolina.

SO STIPULATED AND AGREED

By: *s/ Paula M. Shearon*
    W. Dudley Whitley, III, N.C. Bar No. 13755
    Paula M. Shearon,    N.C. Bar No. 41583
    BATTLE, WINSLOW, SCOTT & WILEY P.A.
    P. O. Box 7100
    Rocky Mount, NC 27804-0100
    Telephone: 252-937-2200
    Facsimile: 252-937-8100
    dwhitley@bwsw.com
    pshearon@bwsw.com
    Counsel for Plaintiff

By: *s/ Tracy L. Eggleston*
    Tracy L. Eggleston, NC State Bar 18471
    301 S. College Street, Suite 2100
    Charlotte, NC 28202
    Telephone: (704) 376-3400
    Facsimile: (704) 334-3351
    teggleston@cozen.com
    Counsel for Defendant

SO ORDERED this 24th day of May.

Signed: _____
    Louise W. Flanagan
    U.S. District Court Judge