UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

JUSTICE FAMILY FARMS, LLC,    )
    )
    Plaintiff,    )
    )    JUDGMENT
v.    )
    )    Case No. 2:13-CV-26-FL
SMITH CONCRETE CONSTRUCTION,    )
INC.,    )
    )
    Defendant.    )

**Decision by Court.**

This action came before United States District Judge Louise Wood Flanagan for the consideration of the plaintiff's Motion to Remand with consent of the parties.

**IT IS ORDERED, ADJUDGED AND DECREED** that in accordance with the court's order entered on May 24, 2013, and for the reasons set forth more specifically therein, that plaintiff's motion to remand is granted and this matter is remanded to the Superior Court of Pasquotank County pursuant to 28 U.S.C. §1441(b)(2).

**This Judgment Filed and Entered on May 28, 2013, and Copies To:**

W. Dudley Whitley, III (via CM/ECF Notice of Electronic Filing)
Paula M. Shearon (via CM/ECF Notice of Electronic Filing)
Tracy L Eggleston (via CM/ECF Notice of Electronic Filing)
The Honorable Connie J. Thornley, Pasquotank County Clerk of Superior Court,
   PO Box 449, Elizabeth City, NC 27907-0449 (via U.S. Mail)


May 28, 2013                      JULIE A. RICHARDS, CLERK
                                    /s/ Christa N. Baker
                                 (By) Christa N. Baker, Deputy Clerk